# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN ROSE CABALONA MILAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-01161-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 15) |

On January 21, 2025, the parties filed a stipulation for an extension of time from January 27, 2025 to March 3, 2025 for Defendant to respond to Plaintiff's opening brief. (ECF No. 14.) This is Defendant's first request for an extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before March 3, 2025; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **January 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1