1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN ROSE CABALONA MILAN, | Case No. 1:24-cv-01161-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 21) |

On December 19, 2025, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 21.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of SEVEN THOUSAND TWO HUNDRED AND FORTY AND 00/100 ($7,240.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:    **December 22, 2025**    _____

STANLEY A. BOONE
United States Magistrate Judge

1